**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone:     530.759.0700
   Facsimile:      530.759.0800

**Attorney for Defendant**
ALBERT CIPOLETTI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S 10-0444 GEB |
|                 Plaintiff, | |
| vs. | **AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING** |
| ALBERT CIPOLETTI, | |
|                 Defendants. | |

     It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF AMERICA, through its counsel of record, S. Robert Tice-Raskin, Assistant United States Attorney, and Defendant, ALBERT CIPOLETTI, through his counsel of record, Joseph J. Wiseman, and without objection from the United States Probation Officer assigned to this case, that the sentencing of Defendant now scheduled for March 18, 2011, at 9:00 a.m., be rescheduled to April 15, 2011, at 9:00 a.m. It is further stipulated that the Motion for Correction of the pre-sentence report be filed by April 1, 2011 and the government reply be filed by April 8, 2011.

     The parties are entering into this Stipulation to provide additional time for

/ / / / /

counsel to review the PSR with Mr. Cipoletti who is currently living in New York. Additionally, this case raises complex sentencing issues which counsel needs additional time to review.

Dated:  March 14, 2011                    Respectfully submitted,

                                                   JOSEPH J. WISEMAN, P.C.

                                                 By:   /s/  Joseph J. Wiseman
                                                      JOSEPH J. WISEMAN
                                                      Attorney for Defendant
                                                      ALBERT CIPOLETTI

Dated: March 14, 2011                     BENJAMIN B. WAGNER
                                                 United States Attorney

                                               By:   /s/ S. Robert Tice-Raskin
                                                      S. ROBERT TICE-RASKIN, AUSA
                                                     Attorney for Plaintiff
                                                     UNITED STATES OF AMERICA

### ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the sentencing in the above-captioned case be continued to April 15, 2011 at 9:00 a.m.

**Date:  3/14/2011**

                                                     GARLAND E. BURRELL, JR.
                                                     United States District Judge