1  **JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
2      **1477 Drew Avenue, Suite 106**
       **Davis, California 95618**
3      **Telephone:    530.759.0700**
       **Facsimile:    530.759.0800**
4
5  **Attorney for Defendant**
   ALBERT CIPOLETTI
6

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10                      SACRAMENTO DIVISION

11

12  UNITED STATES OF AMERICA,           )   Case No. CR S 10-0444 GEB
                                        )
13                  Plaintiff,          )
                                        )   **STIPULATION AND [PROPOSED]**
14      vs.                             )   **ORDER TO EXTEND VOLUNTARY**
                                        )   **SURRENDER DATE**
15                                      )
                                        )
16  ALBERT CIPOLETTI,                   )
                    Defendants.         )
17                                      )

18

19       It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF

20  AMERICA, through its counsel of record, S. Robert Tice-Raskin, Assistant United

21  States Attorney, and Defendant, ALBERT CIPOLETTI, through his counsel of record,

22  Joseph J. Wiseman, that Defendant's voluntary surrender date of July 8, 2011, be

23  extended to August 5, 2011 at 2:00 p.m.  The undersigned are entering into this

24  stipulation and requesting this continuance to provide Defendant additional time to

25  Arrange his personal and business affairs before he surrenders to the Bureau of

26  Prisons.

27       Therefore, Defendant requests the Court grant this request to extend his

28  voluntary surrender date to August 5, 2011.  If there is not a designation, defendant

                                        1

Stipulation and Proposed Order                              CR S 10—0444 GEB
To Extend Voluntary Surrender Date

must self-surrender at the Office of the U.S. Marshall in the Eastern District of New York, Brooklyn, NY.

Dated: June 30, 2011                    Respectfully submitted,

                                        JOSEPH J. WISEMAN, P.C.

                                        By:    /s/ Joseph J. Wiseman

                                               JOSEPH J. WISEMAN
                                               Attorney for Defendant
                                               ALBERT CIPOLETTI

Dated: June 30, 2011                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        By:    /s/ S. Robert Tice-Raskin
                                               S. ROBERT TICE-RASKIN, AUSA
                                               Attorney for Plaintiff
                                               UNITED STATES OF AMERICA

## [Proposed ] ORDER

   A request to extend the time for voluntary surrender having been presented to the Court and GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT defendant, ALBERT CIPOLETTI, shall self-surrender, as designated by the Bureau of Prisons, on or before **August 5, 2011**. If there is not a designation, defendant must self-surrender at the Office of the U.S. Marshall in the Eastern District of New York, Brooklyn, NY.

   **Date:  7/7/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge

2

Stipulation and Proposed Order                                   CR S 10—0444 GEB
To Extend Voluntary Surrender Date