IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )   2:10-cr-00444-GEB
              Plaintiff,            )
                                    )
        v.                          )   ORDER UNSEALING DOCKET ENTRY
                                    )   NO. 72
KERRY SEAMAN,                       )
                                    )
              Defendant.            )
_____    )

        In light of an inquiry received by the Courtroom Deputy for
the undersigned judge concerning three documents filed under seal on
January 8, 2013, the decision regarding the sealing of the order filed
on this date as docket entry number 72 is reconsidered. Since sufficient
justification has not been provided justifying sealing this order,
docket entry number 72 shall be unsealed and filed on the public docket.

Dated:  January 9, 2013

                              _____
                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge

1